UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:20CR34 |
| v. : | |
| : | Violations: 18 U.S.C. § 922(a)(1)(A) |
| JESSIE MCKINLEY JONES : | |
| : | |

## INFORMATION

### COUNT ONE

The Acting United States Attorney charges that:

1. From in or about October 2019 through in or about June 2020, in the Western District of Virginia, JESSIE MCKINLEY JONES, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms.

2. All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### NOTICE OF FORFEITURE

1. Upon conviction of the felony offense set forth in in this Information, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearms, ammunition, and currency involved in the commission of the offense.

2. The property to be forfeited to the United States includes but is not

USAO No. 2020R00399                1

limited to the following property:

- Valmet Shotgun, MODEL 412, SN: 243596
- Colt Pistol, MODEL Woodsman, SN: 60047
- Colt, MODEL Police Positive, SN: 477184
- Savage Pistol, MODEL Unknown, SN: 211963
- Colt Pistol, MODEL Unknown SN: NONE
- Colt Pistol, MODEL Unknown, SN: 5828
- Colt Revolver, MODEL Police Positive, SN: 208791
- Savage Pistol, MODEL Unknown, SN: 26387
- Colt Pistol, MODEL Unknown, SN: 42537
- Colt Pistol, MODEL Huntsman, SN: 92516-C
- Colt Revolver, MODEL Frontier Scout, SN: 8899P
- Colt Pistol, MODEL Huntsman, SN: 93853-C
- Colt Revolver, MODEL Police Positive, SN: 145305
- Ruger Revolver, MODEL Super Blackhawk, SN: 86-88387
- Winchester Rifle, MODEL 100, SN: 84220
- Winchester Rifle, MODEL 63, SN: 121436A
- Winchester Rifle, MODEL 61, SN: 262021
- Winchester Rifle, MODEL 62A, SN: 315840
- Meridian Firearms Shotgun, MODEL Unknown, SN: S3042696

- Remington Arms Shotgun, MODEL Unknown, SN: 45599

- Smith & Wesson Shotgun, MODEL 916, SN: 7B0681

- Browning Shotgun, MODEL Unknown 16 ga., SN: NONE

- Winchester Shotgun, MODEL 37, SN: NONE

- Winchester Shotgun, MODEL 37, SN: NONE

- Winchester Rifle, MODEL 94, SN: IS24371

- Remington Arms Rifle, MODEL 770, SN: M716639974

- Remington Arms Rifle, MODEL 770, SN: M72141079

- Norinco (North China Industries) Rifle, MODEL 22ATD, SN: 703464

- Winchester Shotgun, MODEL 37, SN: C734697

- Winchester Shotgun, MODEL 37A, SN: C717785

- Marlin Firearms Rifle, MODEL 336 Zane Grey, SN: ZG05105

- Winchester Shotgun, MODEL 37A, SN: C858446

- Winchester Shotgun, MODEL 37A, SN: C533435

- Winchester Shotgun, MODEL 37A, SN: C710309

- Winchester Shotgun, MODEL 37A, SN: C601458

- Winchester Shotgun, MODEL 37A, SN: NONE

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

USAO No. 2020R00399                           3

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

then it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p), including but not limited to the above property.

DATE: 10/14/2020

*Daniel P. Bubar by Whitny D. P___*
DANIEL P. BUBAR
Acting United States Attorney

USAO No. 2020R00399                4